IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| **DWAYNE COOPER,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>　　　　　　　Defendant. | Case No. 3:23-CV-00256<br><br>**District Judge Michael J. Newman**<br>**Magistrate Judge Peter B. Silvain**<br><br>Complaint filed September 4, 2023 |
| **DAVID TZIKAS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>　　　　　　　Defendant. | Case No. 3:23-CV-00260<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 6, 2023 |
| **THOMAS CAMPO,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>　　　　　　　Defendant. | Case No. 3:23-CV-00259<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 6, 2023 |
| **TIFFANY STEVENS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>　　　　　　　Defendant. | Case No. 3:23-CV-00263<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 8, 2023 |

| | |
|---|---|
| **CHANNON WILLIS,** individually as next friend of C.M., a minor child, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>                    Defendant. | Case No. 3:23-CV-00264<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 13, 2023 |
| **RACHEL EMBERT,** on behalf of herself, her minor child, KG, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>                    Defendant. | Case No. 3:23-CV-00270<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 19, 2023 |
| **PATSIE ESLINGER,** individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>                    Defendant | Case No. 3:23-CV-00271<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 19, 2023 |
| **AMANDA CAMERON, CATHERINE CUSTER, AND KYLE CUSTER,** individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**CARESOURCE,**<br><br>                    Defendant. | Case No. 3:23-CV-00274<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 21, 2023 |

2

| | |
|---|---|
| **TODD HIGHAM,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**CARESOURCE,**<br><br>        Defendant. | Case No. 3:23-CV-00276<br><br>**District Judge Michael J. Newman**<br><br>Complaint filed September 22, 2023 |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a) and S.D. Ohio Civ. R. 6.1, the Court **GRANTS** the Parties' Joint Motion for Consolidation and **ORDERS** the following:

1.  *Cooper v. CareSource*, No. 3:23-CV-00256 (S.D. Ohio), *Tzikas v. CareSource*, No. 3:23-CV-00260 (S.D. Ohio), *Campo v. CareSource*, 3:23-CV-00259 (S.D. Ohio), *Stevens v. CareSource,* No. 3:23-CV-00263 (S.D. Ohio), *Willis v. CareSource*, No. 3:23-CV-00264 (S.D. Ohio), *Embert v. CareSource*, No. 3:23-CV-00270 (S.D. Ohio), *Eslinger v. CareSource*, No. 3:23-CV-00271 (S.D. Ohio), *Cameron, et al. v. CareSource*, No. 3:23-CV-00274 (S.D. Ohio), *Higham v. CareSource*, No. 3:23-CV-00276 (S.D. Ohio) are **CONSOLIDATED** for all purposes with the first filed action, *Cooper v. CareSource*, No. 3:23-CV-00256 (S.D. Ohio);

2.  Defendant's deadline for responding, via answer or otherwise, to the above-mentioned cases is hereby **STAYED**;

3.  Plaintiffs' counsel shall **FILE** any requests for appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) within 7 days of this Order;

4.  Plaintiffs shall **FILE** a consolidated amended complaint within 30 days of this Order; and,

5. Defendant shall then have 45 days from the filing of the consolidated amended complaint to respond. If Defendant responds by filing a motion to dismiss, then Plaintiffs shall have 30 days thereafter to file their opposition, and Defendant shall have 21 days thereafter to file a reply in support.

6. Pursuant to the Court's Standing Order Governing Civil Cases (eff. July 14, 2023),[1] these consolidated cases are referred to U.S. Magistrate Judge Peter B. Silvain, Jr. to manage or resolve any discovery disputes that might arise.

**IT IS SO ORDERED.**

October 5, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

---

[1] The Standing Order Governing Civil Cases can be found on the Court's website at https://www.ohsd.uscourts.gov/FPNewman.